\_\_\_\_FILED    \_\_\_\_RECEIVED
\_\_\_\_ENTERED    \_\_\_\_SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

INEZ BAKER CONE,

    Defendant.

2:21-CR-162-RFB-NJK

**Preliminary Order of Forfeiture**

This Court finds Inez Baker Cone pled guilty to Count One of a One-Count Criminal Information charging her with theft of government property in violation of 18 U.S.C. § 641. Criminal Information, ECF No. 1; Change of Plea, ECF No. 9; Plea Agreement, ECF No. 8.

This Court finds Inez Baker Cone agreed to the imposition of the in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 1; Plea Agreement, ECF No. 9; Change of Plea, ECF No. 8.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 641, a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7)(D), or a conspiracy to commit such offense and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently

located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Inez Baker Cone an in personam criminal forfeiture money judgment of $200,244.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED __July 1_____, 2021.

---
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE