CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
ERIC C. SCHMALE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: eric.schmale@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00162-RFB-NJK |
| Plaintiff, | |
| v. | **Stipulation to Continue Sentencing Date** |
| INEZ BAKER CONE | |
| Defendant. | |

It is hereby stipulated and agreed, by Eric C. Schmale, Assistant United States Attorneys, counsel for the United States of America, and Amanda Pellizari, Esq., counsel for Inez Baker Cone, that the sentencing currently scheduled for October 14, 2021, at 10:00 a.m., be vacated and continued to October 28, 2021, or the earliest date thereafter convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Counsel for the government anticipates paternity leave conflicting with the currently scheduled October 14 sentencing date.

2. The defendant is not incarcerated and does not object to the continuance.

3.  The parties agree to the continuance.

4.  The additional time requested is necessary and reasonable pursuant to FRCP 32(b)(1), which only requires that "[t]he court must impose sentence without unnecessary delay."

DATED this 22nd day of September, 2021.

CHRISTOPHER CHIOU
United States Attorney

/s/ Eric Schmale  
ERIC C. SCHMALE  
Assistant United States Attorney

/s/ Amanda Pellizari  
AMANDA PELLIZARI, ESQ.  
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

INEZ BAKER CONE

    Defendants.

Case No. 2:21-cr-00162-RFB-NJK

**ORDER**

## **FINDINGS OF FACT**

Based upon the pending Stipulation of counsel and good cause appearing, the Court finds that:

1. Government counsel has a conflict for purposes of the currently scheduled sentencing date.

2. The additional time requested is not requested for purposes of delay, and does not unnecessarily delay sentencing.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

## **CONCLUSIONS OF LAW**

The additional time does not unnecessarily delay sentencing, pursuant to Fed. R. Crim. P. 32(b).

**ORDER**

IT IS THEREFORE ORDERED that the sentencing currently set for October 14, 2021, at 10:00 a.m., is vacated and continued to   November 2, 2021 at 9:00 AM

IT IS SO ORDERED.

DATED this 27th day of   September, 2021  .

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE